# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-2448
_____

L.H. grandmother of D.S., D.S.,
D.S. and D.S.,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.

_____


On appeal from the Department of Children and Families.
Mike Carroll, Secretary.

April 6, 2018

PER CURIAM.

    AFFIRMED.

WOLF, OSTERHAUS, and WINSOR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

L.H., pro se, Appellant.

Michael A. Lee, Chief Legal Counsel, Department of Children and Families, Tallahassee, for Appellee.